# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| RAYMOND JEROME FRANCIS | ) Case No: 1:96CR00021-001 |
| | ) USM No: 14085-058 |
| Date of Previous Judgment: 3/12/2002 (amended) | ) Steven T. Meier |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __324 (Cts. 1 & 2)__ months **is reduced to** __262 (Cts. 1 & 2)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__  Amended Offense Level: __36__
Criminal History Category: __IV__  Criminal History Category: __IV__
Previous Guideline Range: __324__ to __405__ months  Amended Guideline Range: __262__ to __327__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain): The defendant is also serving a consecutive sentence of 60 months in Count Four for a violation of 18 U.S.C. § 924(c).

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __3/12/2002__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 22, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge