# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:96CR21

| | |
|---|---|
| UNITED STATES OF AMERICA )    )    ) | |
| VS.    )    )    ) | **O R D E R** |
| RAYMOND J. FRANCIS    ) | |

**THIS MATTER** is before the Court on the Defendant's motion for additional relief pursuant to 18 U.S.C. § 3582(c)(2). The motion is denied.

The Court granted Defendant's previous motion for reduction of sentence based upon the new amendment to the crack cocaine Guidelines. **See Order, filed July 23, 2009 (reduced Defendant's sentence to 262 months for Counts One and Two).** He seeks a further reduction in his prison sentence stating that he has taken advantage of educational opportunities, work opportunities, and maintained a clear conduct record while incarcerated. **Motion at 2-3.** However, these factors were considered by the undersigned in ruling on the initial motion and do not entitle him to further relief.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for additional relief is hereby **DENIED**.

Signed: August 3, 2009

Lacy H. Thornburg
United States District Judge